1
2
3
4
5
6
7

*MADE JS-6*

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JOHN CATANIA, | Case No.  CV 11-9998-GW(JCGx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| PORTFOLIO RECOVERY ASSOCIATES, LLC, | |
| Defendants. | |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice, each side to bear their own fees and costs.

IT IS SO ORDERED.

Dated: June 26, 2012

BY THE COURT

*George H. Wu*

HONORABLE GEORGE H. WU
UNITED STATES DISTRICT COURT

**[PROPOSED] ORDER TO DISMISS
WITH PREJUDICE**